DAVID M. H. PLACE, Respondent, *v.* GEORGIANA ESTELLE KENNEDY, Appellant, Impleaded with Others.

*Place* v. *Kennedy*, 89 App. Div. 167, appeal dismissed.
(Argued October 13, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at Special Term after a verdict in an action for partition.

*Edward L. Blackman* and *Alfred B. Cruikshank* for appellant.

*Burton C. Meighan* for respondent.

Appeal dismissed, with costs, on the ground that the judgment appealed from is not final; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, VANN and WERNER, JJ. Absent: O'BRIEN and HAIGHT, JJ.